PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Wilhem Correa

Cr.:11-CR-00575-01
PACTS Number: 60825

Name of Sentencing Judicial Officer: Ninth District Court, Agua Prieta, Sonora, Mexico (U.S. Parole Commission)

Name of Assigned Judicial Officer: Susan D. Wigenton, USDJ (D/NJ)

Date of Original Sentence: 07/13/10

Original Offense: Possession with Intent to Distribute Marijuana (41 Kilograms)

Original Sentence: 6 years, 8 months imprisonment and a fine of $3,792.36 pesos (satisfied on 10/25/10)

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/19/11

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

Correa served the majority of his custodial sentence at Cereso in Agua Pireta, a prison in Sonora, Mexico where, he claims, he was the victim of torture. As a result, he has symptoms of post-traumatic stress disorder, depression and anxiety. Correa has requested assistance with mental health treatment to help him cope with these symptoms.

Respectfully submitted,

By:  Denise Morales
     U.S. Probation Officer
Date:  05/03/12

THE COURT ORDERS:

[ X ] The Modification of Conditions as Noted Above
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[   ] Other

_____
Signature of Judicial Officer

_____
Date